UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RINALDO RIZZO,

                Plaintiff,

-against-

DF LAND LLC, GLENN DUBIN, *Individually*, EVA DUBIN, *Individually*, and BRENDA AMES, *Individually*,

                Defendants.

Case No. 13 Civ. 8664

---

### AFFIDAVIT OF CHRISTINA HENDERSON
### IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

I, Christina Henderson, affirm under penalty of perjury as follows:

1. I am over 18 and not a party to this action.

2. As Chief Legal Officer for Dubin & Company, I am familiar with the facts and proceedings in this action and with the matters set forth herein.

3. I make this affidavit in support of Defendants' Motion to Dismiss the Complaint of Plaintiff Rinaldo Rizzo ("Plaintiff").

4. A true and correct copy of the Plaintiff's Complaint dated November 29, 2013 is attached hereto as **Exhibit A**.

5. A true and correct copy of DF Land LLC's Profit and Loss statement for the 2012 calendar year is attached hereto as **Exhibit B**.

6. A true and correct copy of DF Land LLC's estimated Profit and Loss statement for the 2013 calendar year is attached hereto as **Exhibit C**.

7. A true and correct copy of an offer letter from DF Land LLC to Plaintiff dated December 5, 2011 is attached hereto as **Exhibit D**.

8. A true and correct copy of DF Land LLC's 2012 year end W-2 report is attached hereto as **Exhibit E**.

9. A true and correct copy of DF Land LLC's 2013 year end W-2 report is attached hereto as **Exhibit F**.

Dated: March 18, 2014

_____
CHRISTINA HENDERSON