UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RINALDO RIZZO,<br><br>      Plaintiff,<br><br>-against-<br><br>DF LAND LLC, GLENN DUBIN, *Individually*, EVA DUBIN, *Individually*, and BRENDA AMES, *Individually*,<br><br>      Defendants. | Case No. 13 Civ. 8664 (AKH)<br><br>ECF CASE<br><br>**NOTICE OF MOTION** |

**TO:** Edward J. Kennedy
    Phillips & Associates
    45 Broadway, Suite 620
    New York, NY  10006

**PLEASE TAKE NOTICE** that on May 19, 2014, the undersigned attorneys for the defendants DF Land LLC, Glenn Dubin, Eva Dubin, and Brenda Ames (the "Defendants") will apply before the Honorable Judge Alvin K. Hellerstein of the Southern District of New York at the United States Courthouse, 500 Pearl Street, New York, New York, in Courtroom 14D, for an Order pursuant to Federal Rule of Civil Procedure Rules 12(c) dismissing the Complaint for failure to state a claim and for such other and further relief as the Court may deem just and proper.  In support of this motion, Defendants rely upon the accompanying Memorandum of Law.

NEWYORK/#338865.2

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's Pretrial Conference order, answering papers, if any, are to be filed and served by May 9, 2014, and reply papers, if any, are to be filed and served by May 16, 2014.

Dated: New York, New York
April 18, 2014

                                                       VEDDER PRICE P.C.

                                                      By: s/ Lyle S. Zuckerman
                                                           Lyle S. Zuckerman
                                                           Michelle D. Velasquez
                                                           1633 Broadway, 47th Floor
                                                           New York, New York 10019
                                                           Tel: (212) 407-7792
                                                           Fax: (212) 407-7799

                                                           *Attorneys for Defendants*
                                                           *DF Land LLC, Glenn Dubin,*
                                                           *Eva Dubin, and Brenda Ames*