```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------------ x
RINALDO RIZZO,                                               :
                                                             :   Case No. 13-cv-8664 (AKH)
                              Plaintiff,                     :
                                                             :
         - against -                                         :
                                                             :
DF LAND LLC, GLENN DUBIN, *Individually*,                    :
EVA DUBIN, *Individually*, and BRENDA                        :
AMES, *Individually*.                                        :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ x
```

# DECLARATION OF SCOTT M. COOPER IN SUPPORT OF
# DEFENDANTS' MOTION FOR LEAVE TO FILE A FIRST AMENDED ANSWER

Scott M. Cooper, an attorney duly admitted to the United States District Court for the Southern District of New York, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney with the law firm of Davis Wright Tremaine LLP, attorneys for defendants DF Land LLC, Glenn Dubin, Eva Dubin, and Brenda Ames (collectively "Defendants"). I am familiar with all the facts and circumstances set forth in this Declaration. I make this Declaration in support of Defendants' Motion for Leave to File a First Amended Answer.

2. Prior to filing this motion, defendants asked plaintiff to consent to the amendment, but plaintiff refused.

3. Attached hereto as Exhibit A is a redlined copy of defendants' proposed amended answer.

4. Attached hereto as Exhibit B is a true and correct copy of defendants' document requests, served on August 25, 2014.

5. Attached hereto as Exhibit C is a true and correct copy of defendants' interrogatories propounded on plaintiff, served on August 25, 2014.

6. Attached hereto as Exhibit D is a copy of plaintiff's document requests, served on or about August 6, 2015.

7. In response to document requests, the parties collectively produced thousands of documents, many of which related specifically to plaintiff's job duties, where he performed them, and the amount of plaintiff's annual base salary.

8. Attached hereto as Exhibit E is a true and correct copy of a purported job description, which was produced by plaintiff in the course of discovery.

9. Attached hereto as Exhibit F are true and correct copies of employment applications and resumes, which were produced by plaintiff or acquired through third-party subpoenas in the course of discovery.

10. Attached hereto as Exhibit G are true and correct copies of plaintiff's W-2 Forms for 2011, 2012, and 2013, which were produced by plaintiff in the course of discovery.

11. Attached hereto as Exhibit H is a true and correct copy of plaintiff's offer letter to work as Estate Manager for DF Land, which was produced by plaintiff in the course of discovery.

12. Before any depositions were taken, defendants advised plaintiff that they intended to amend their answer to include the highly compensated worker exemption as a defense to plaintiff's claims under the FLSA and NYLL.

13. Defendants' counsel took plaintiff's deposition on July 8, 2015. Plaintiff's counsel then took the depositions of defendants Brenda Ames and Glenn Dubin on July 14 and 16, respectively. At each of those depositions, plaintiff's job duties were the subject of extensive

questioning and were expressly referenced in numerous exhibits. Additionally, plaintiff's counsel asked defendants Ames and Glenn Dubin about, among other things, the nature, amount, and frequency of work that plaintiff performed outside the state of New York.

14. Attached hereto as Exhibit I are true and correct copies of relevant transcript pages from the deposition of Rinaldo Rizzo, dated July 8, 2015.

15. Attached hereto as Exhibit J are true and correct copies of relevant transcript pages from the deposition Brenda Ames, dated July 14, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 24, 2015.

/s/ Scott M. Cooper
Scott M. Cooper