UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

------------------------------------------------------------- x

RINALDO RIZZO,
                        Plaintiff,

              - against -

DF LAND LLC, GLENN DUBIN, *Individually*,
EVA DUBIN, *Individually*, and BRENDA
AMES, *Individually*.

                    Defendants.

Case No. 13-cv-8664 (AKH)

------------------------------------------------------------- x

## DECLARATION OF SCOTT M. COOPER

Scott M. Cooper, an attorney duly admitted to the United States District Court for the

Southern District of New York, declares under penalty of perjury, pursuant to 28 U.S.C. § 1746,

that the following is true and correct:

1.      I am an attorney with the law firm of Davis Wright Tremaine LLP, attorneys for

defendants DF Land LLC, Glenn Dubin, Eva Dubin, and Brenda Ames (collectively

"Defendants"). I am familiar with all the facts and circumstances set forth in this Declaration. I

make this Declaration in further support of Defendants' Motion for Leave to File a First

Amended Answer.

2.      Attached hereto as Exhibit A are true and correct copies of relevant portions of

the deposition transcript of Brenda Ames, dated July 14, 2015.

3.      Attached hereto as Exhibit B are true and correct copies of relevant portions of the

deposition transcript of Glenn Dubin, dated July 16, 2015.

4.      Attached hereto as Exhibit C is a true and correct copy of Defendants' First Set of

Document Requests on Plaintiff, served on August 25, 2014.

5.      Attached hereto as Exhibit D is a true and correct copy of the only resume that Plaintiff produced in his First Document Production.

6.      Attached hereto as Exhibit E is a true and correct copy of Defendants' Second Request for Production of Documents, served on March 20, 2015.

7.      Attached hereto as Exhibit F is a true and correct copy of Plaintiff's Responses to Defendants' Second Request for Production of Documents, served on April 20, 2015.

8.      Attached hereto as Exhibit G is a true and correct copy of a letter from Scott Cooper to Jesse Rose, dated May 1, 2015.

9.      Attached hereto as Exhibit H is a true and correct copy of an e-mail from Scott Cooper to Jesse Rose, dated May 8, 2015.

10.     On May 27, 2015, Plaintiff produced a supplemental document production of 697 pages, which contained various resumes and descriptions of Plaintiff's job responsibilities while working as estate manager for DF Land.  Attached hereto as Exhibit I are true and correct copies of resumes and employment application materials produced by Plaintiff on May 27, 2015.

11.     Through June 2015, third-party employers also produced the resumes and employment application materials that Plaintiff submitted during his job search.

12.     Attached hereto as Exhibit J are relevant portions of the deposition transcript of Rinaldo Rizzo, dated July 8, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2015.


                                                    /s/ Scott M. Cooper
                                                    Scott M. Cooper