# EXHIBIT A

```
                                                                    1

 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------------x
     RINALDO RIZZO,
 4
                                 Plaintiff,
 5
               -against-                       13 Civ. 8664
 6
     DF LAND LLC, GLENN DUBIN, individually, EVA
 7   DUBIN, individually and BRENDA AMES,
     individually,
 8                               Defendants.
     ------------------------------------------------x
 9

10        DEPOSITION of the Defendant, BRENDA GAIL AMES,

11   taken pursuant to Notice, held at the offices of

12   CCI, 2200 Atlantic Street, Stamford, Connecticut, on

13   July 14, 2015, at 10:04 a.m. before a Notary Public

14   within and for the State of New York.

15

16

17

18

19

20

21

22

23

24

25
```

38

```
 1                      B. Ames
 2    A     No.
 3    Q     When was that determined?
 4    A     In conversations with myself and
 5    Mr. Rizzo.
 6    Q     Was there a negotiation?
 7    A     Mr. Rizzo wanted a much higher number
 8    than $100,000.  The job was being offered at
 9    $100,000 so there really was no negotiation,
10    but Mr. Rizzo kept trying to change the
11    number.
12    Q     Did you tell Mr. Rizzo what his duties
13    would be as an estate manager?
14    A     I described the functions.
15    Q     What were the functions?
16    A     To oversee the household operations of
17    the home in North Salem, to interact with
18    vendors and interact with workmen, oversee
19    employees that are in the home and assist the
20    family when they are there, provide any kind
21    of service that a family would need or
22    identify the parties that would be needed to
23    provide those services.
24          Communicate with the office,
25    communicate with the financial people,
```

39

```
 1                        B. Ames
 2   oversee the budget.  Provide weekly
 3   communications to Mr. Dubin as to what was
 4   going on at the property and to be an
 5   overseer of the operations of the actual home
 6   and any financial implications of owning that
 7   home.
 8   Q      Was Mr. Rizzo being hired to manage
 9   other employees at the property?
10   A      The housekeeper in the home.
11   Q      Only the housekeeper?
12   A      At that time there was only one
13   full-time employee at the home.
14   Q      Now, at the time that Mr. Rizzo was
15   hired, was he told there would be duties
16   outside of the North Salem properties?
17   A      I don't understand.
18   Q      When he was hired and you gave this
19   description of what an estate manager would
20   do for DF Land, did you indicate that there
21   would be any duties that he would be required
22   to perform outside of North Salem?
23   A      It was discussed at the time that he
24   would travel with the family to their other
25   homes and provide similar services, and it
```

40

1            B. Ames

2    was also described that he would be driving.

3    Flexibility was stressed in terms of the list

4    was not considered to be complete.

5    Q    When Mr. Rizzo was hired, was he

6    considered to be an exempt employee from

7    overtime?

8    A    Yes.

9    Q    What exemption -- what was he

10   considered to be under?

11        MR. SALINS:  Objection to the

12        form.

13   A    Managerial.

14   Q    Mr. Rizzo was required to supervise

15   basically the entire property, right?

16   A    No.

17   Q    What portions of the property was he

18   not required to supervise?

19   A    There was a grounds manager who

20   managed the grounds and there was a barn

21   manager that managed the barn and horses, and

22   Mr. Rizzo managed everything else.

23   Q    Did the grounds manager report to

24   Mr. Rizzo?

25   A    No.

```
 1                      B. Ames
 2    Q      Did Mr. Rizzo supervise the grounds
 3    manager?
 4    A      No.
 5    Q      What about the barn manager?
 6    A      I don't understand the question.
 7    Q      Did Mr. Rizzo supervise the barn
 8    manager?
 9    A      No.
10    Q      Did the barn manager report to
11    Mr. Rizzo?
12    A      No.
13    Q      Aside from the housekeeper, did
14    anybody else report directly to Mr. Rizzo?
15    A      All the vendors that were in the home,
16    all the part-time people, all the contract
17    workers, all the tutors, all the nannies, a
18    multitude of people reported to Mr. Rizzo
19    while he managed the house.
20    Q      How many part-time employees were
21    there?
22    A      I don't recall.
23    Q      Can you give us an estimate?
24    A      No.
25    Q      Do you know how many nannies there
```

```
 1                        B. Ames
 2     were?
 3     A      I don't.
 4     Q      Were the nannies living with the
 5     Dubins?
 6     A      I don't know.
 7     Q      Was Mr. Rizzo given the ability to
 8     hire any employees without gaining approval
 9     from either yourself or the Dubins?
10     A      No.
11     Q      Was Mr. Rizzo able to terminate any
12     employees without the approval of yourself
13     and the Dubins?
14     A      No.
15     Q      Was Mr. Rizzo able to enter into
16     contracts on behalf of the Dubins without
17     their approval?
18     A      Could have been.
19     Q      Do you recall any specific instances
20     when Mr. Rizzo was able to enter into a
21     contract on behalf of the Dubins without
22     their approval?
23     A      If it was in the budget, he met with
24     the vendors and he was -- and selected them,
25     and he could select that vendor based upon
```

43

```
 1                      B. Ames
 2     the budget fitting -- the, quote, fitting
 3     within the budget.
 4     Q      Prior to selecting a vendor did he
 5     discuss it with you?
 6     A      I --
 7              MR. SALINS:  Objection to the
 8          form.
 9              THE WITNESS:  Sometimes he did
10          and sometimes he did not.
11     Q      So did he have authority to select
12     vendors without gaining approval, or is that
13     something he did outside of his authority?
14     A      I --
15              MR. SALINS:  Objection to the
16          form.
17              THE WITNESS:  If it was within
18          his budget and he was following
19          through on the budget line, he could
20          select as a manager.
21              If it was not in the budget, he
22          could not select -- he could not enter
23          into it.  It was a financial policy
24          that he followed as a manager and told
25          him what he could and could not do
```

47

                    B. Ames

1                   B. Ames
2       form.
3    A   I don't understand the term "look out
4    for."
5    Q   Could she review his work, go to the
6    place where he was supposed to have done the
7    tasks that he was assigned and make sure he
8    did it?
9    A   She did not do that.
10   Q   Did anyone aside from yourself do
11   that?
12   A   No.
13   Q   Okay.
14   A   The Dubins, obviously, because they
15   were there.
16   Q   You said that part of Mr. Rizzo's work
17   would be to travel with the family to other
18   locations, correct?
19   A   Traveling to other locations, and he
20   may or may not be with the family.
21   Q   Then when they reached those
22   locations, it was his job to do what?
23   A   To --
24           MR. SALINS: Objection to the
25       form.

1                    B. Ames

2              THE WITNESS: There was

3         flexibility when he arrived at new

4         locations because they were not set

5         jobs. It was not like he was there

6         every day or the family was there

7         every day. So whatever was called

8         upon or was necessary, he worked with

9         the scheduling people and he worked to

10        communicate issues.

11              He was basically in Florida the

12        eyes and ears of what needed to get

13        done, and he communicated to the

14        assistants or the financial people or

15        the security people or the contractor

16        or the vendor. He oversaw all

17        communications.

18   Q    That was for the 1090 North Lake Way

19   location?

20   A    Yes.

21              MR. SALINS: Objection to the

22        form.

23   Q    Did he provide similar services for

24   the Ranch Properties?

25   A    No. There was a manager in the Ranch

                                                    69

```
 1                       B. Ames
 2     A       Every time that he did it I tried to
 3   work with him to improve his ability to
 4   communicate well with others and to work with
 5   his teammates.
 6     Q       How many times did he do that?
 7     A       I don't recall how many times.
 8     Q       Can you give me an estimation?
 9     A       Many.
10     Q       More than ten?
11     A       More than ten.
12     Q       More than twenty?
13     A       I don't know.
14     Q       More than fifty?
15     A       I don't know.
16     Q       More than a hundred?
17     A       I don't know.
18     Q       Was Mr. Rizzo required to manage Don
19   Carr at any time?
20     A       No.
21             MR. SALINS:  Objection to the
22        form.
23     Q       Was Mr. Carr ever required to report
24   to Mr. Rizzo?
25     A       No.
```

1                          B. Ames

2    there this is a gate and maintenance contract

3    with a bunch of bullet points.  There is no

4    second page to this document.

5    A      Okay.

6    Q      Was it Mr. Rizzo's job to negotiate

7    contracts with vendors?

8    A      It was his job to solicit three bids

9    for every expense of more than a thousand

10   dollars.

11   Q      Then who decided which bid to take?

12   A      He made his selection and

13   recommendation to me, and if I looked at the

14   contract and it was okay, then I would sign

15   it and go forward.

16   Q      He would make a recommendation based

17   on the three bids, and you would either

18   approve or deny his recommendation?

19   A      Yes.

20   Q      Next page, Rizzo 419, do you recall

21   receiving this email?

22   A      I will have to read it.

23   Q      Okay.

24              MR. SALINS: Again, this is

25          incomplete.  There is a second page of