# EXHIBIT

# B

1

```
 1
 2   UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
 4   --------------------------------------------- x
 5   RINALDO RIZZO,
 6                              PLAINTIFF,
 7                              Docket: 13 CIV 8664
 8         -against-
 9   DF LAND LLC, GLENN DUBIN, individually, EVA
10   DUBIN, individually, and BRENDA AMES,
11   individually,
12
13                              DEFENDANT.
14   --------------------------------------------- x
15
16            DEPOSITION of the DEFENDANT, GLENN DUBIN,
17   taken by the PLAINTIFF, pursuant to NOTICE, held at
18   the offices of BARRISTER REPORTING SERVICE, INC., 80
19   Broad Street, New York, New York, on July 16th, 2015
20   at 10:03 a.m., before a Notary Public of the State of
21   New York.
22
23   * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
24
25
```

36

```
 1                       G. Dubin

 2        Q    Is the property in North Salem, New

 3   York owned by DF Land?

 4        A    I don't know the exact legal entity

 5   that owns the property.

 6        Q    What entity employed Mr. Rizzo?

 7        A    I believe DF Land.

 8        Q    The purpose of his employment was

 9   to manage the North Salem property, right?

10        A    That was his primary

11   responsibility, yes.

12        Q    Did DF Land have any other purpose,

13   aside from managing the North Salem property?

14               MR. SALINS:   Object to the

15          form.

16        A    I don't know.

17        Q    Who would know that?

18        A    My current general counsel.

19        Q    During the time that Brenda Ames

20   was employed by your company or by you, would

21   she have known?

22        A    Yes.

23        Q    As an estate manager, what were

24   Mr. Rizzo's duties?

25        A    I think we provided you with a job
```

38

1                    G. Dubin

2        form.

3        A    Not that I recall, other than the

4    fact, again, that he would be available when

5    the family was in residence over weekends.

6        Q    When you say oversee the physical

7    property, was that the entire property or is

8    that a subsection of the property?

9        A    That's the entire property.

10       Q    What does that entail?

11       A    That entails overseeing the staff

12   at the property, that entails interacting

13   with service providers to the property, that

14   entails being a representative for the family

15   to the community.  I think that's generally

16   it.

17       Q    The staff that Mr. Rizzo was

18   supposed to oversee, who was that staff?

19       A    There were a couple that were

20   responsible for the horses on the property,

21   Enrique and Sara, and there was a property

22   manager, Don Carr.  There was a number of

23   landscaping individuals that worked alongside

24   of Don Carr.

25       Q    Did Mr. Rizzo also oversee the work

39

```
 1                         G. Dubin

 2    that Guima did?

 3        A    Yes, she was a housekeeper,

 4    part-time housekeeper. G-U-I-M-A.

 5        Q    Aside from the individuals you just

 6    listed, are there any other staff that

 7    Mr. Rizzo would have been overseeing?

 8        A    Not that I recall.

 9        Q    Did you oversee any of the work

10    that the au pairs did?

11                 MR. SALINS:  Objection.

12        A    Again, when the family was in

13    residence, we would have au pairs with us

14    typically.

15        Q    How many au pairs did the family

16    employ?

17        A    Just one.

18        Q    One at a time?

19        A    Yes.

20        Q    Earlier when we were talking about

21    the number of employees that the different

22    entities had, did you include the au pair in

23    any of those estimates?

24        A    No.

25        Q    Did Mr. Rizzo manage or was he
```

40

```
 1                    G. Dubin

 2   supposed to manage the individuals that you

 3   listed as having responsibilities to oversee?

 4               MR. SALINS:  Object to the

 5          form.

 6         A    Mr. Rizzo was my representative

 7   since I wasn't on the property during the

 8   week when those other people were there.

 9         Q    Did he have supervisory authority

10   over Don Carr?

11         A    I wouldn't call it supervisory

12   authority, no.

13         Q    What about the Reyeses?

14         A    No.

15         Q    Guima?

16         A    I would refer to it more as

17   oversight.

18         Q    Ensuring that they did the things

19   that you wanted them to do?

20         A    Correct.

21         Q    Did Don Carr report to Mr. Rizzo?

22         A    No.

23         Q    What about the Reyeses?

24         A    No.

25         Q    Did anybody report directly to
```

41

```
 1                     G. Dubin

 2   Mr. Rizzo, to your knowledge?

 3       A    No.

 4       Q    Who did Mr. Rizzo report to?

 5       A    Brenda.

 6       Q    Did he report to you also?

 7       A    No.

 8       Q    You said earlier that Mr. Rizzo was

 9   required to interact with service providers.

10   What did that entail?

11       A    That entails service providers to

12   the property.

13       Q    What would that include?

14       A    Contractors, electricians, tennis

15   court preparation, pool, third party

16   providers to the estate.

17       Q    As part of Mr. Rizzo's employment,

18   was he required to live on the premises?

19       A    I wouldn't refer to it as required.

20   It was a benefit of the job to live on the

21   property.

22       Q    If he had wanted to live off the

23   property, would that have been acceptable?

24       A    Yes.

25       Q    Was it part of the negotiation that
```

42

```
 1                        G. Dubin

 2    he move into the house or accept that?

 3         A     There was no negotiation.

 4         Q     There was no negotiation of the

 5    terms of his employment?

 6         A     The financial terms of his

 7    employment, there was no negotiation about

 8    where he would live.

 9         Q     You said earlier that Mr. Rizzo is

10    required to represent the family to the

11    community.  Can you tell me what that means?

12         A     Well, again, we are not in

13    residence, so if there was a need to call the

14    town about the road not being plowed, if

15    there was a need to call the town about the

16    electricity being down, Mr. Rizzo's

17    responsibility was to get in touch with the

18    appropriate town supervisor.

19         Q     Was Mr. Rizzo authorized to make

20    statements to anyone outside of third party

21    contractors or to get those types of things

22    done on behalf of the family?

23         A     Nothing other than what I just

24    described.

25         Q     Was he permitted to enter into
```

43

```
 1                          G. Dubin

 2    contracts on behalf of your family, without

 3    first gaining approval from you?

 4                    MR. SALINS:  Object to the

 5           form.

 6          A    No.

 7          Q    Co-sign contracts on behalf of you

 8    personally?

 9                    MR. SALINS:  Objection.

10          A    Not to my knowledge.

11          Q    Co-sign contracts on behalf of DF

12    Land?

13          A    Not to my knowledge.

14          Q    Who was authorized to do those

15    things?

16          A    Brenda Ames.

17          Q    When you were discussing job duties

18    that Mr. Rizzo had earlier, you said that he

19    was required to manage staff.  Aside from

20    what we have discussed, what you described as

21    overseeing staff, were there any other

22    management duties that Mr. Rizzo had?

23          A    No, I would refer to it, I think

24    the more appropriate word was oversee staff,

25    not manage staff.
```

44

1                           G. Dubin

2          Q     Then you said that he was also

3     required to provide services to the family.

4     What services was he required to provide to

5     the family?

6          A     It could be anything from picking

7     up somebody at the train station, to driving

8     my daughter to a soccer game, to cooking a

9     hamburger for lunch when the chef wasn't

10    working.

11         Q     Anything else?

12         A     No.

13         Q     Was he required to clean?

14         A     No.

15         Q     Was he required to travel with the

16    family at times?

17         A     Yes.

18         Q     When he traveled with the family,

19    did he have other responsibilities than what

20    you have mentioned here?

21         A     When he traveled with us to

22    Florida, the house was under construction and

23    so he would interact with the contractor.

24         Q     Was he also responsible for

25    overseeing the contracts with third parties

45

```
 1                        G. Dubin

 2    for the Florida property?

 3         A     No.

 4         Q     What were his responsibilities in

 5    Florida?

 6         A     As it relates to the construction

 7    project in Florida?

 8         Q     Just whenever he had to travel to

 9    Florida, what was he required to do while he

10    was there, as part of his job?

11         A     It could be anything, service for

12    the family.  It could be, again, cooking a

13    hamburger when the chef was off.  It could be

14    driving to the airport to pick somebody up.

15    It could be meeting with a third party

16    service provider to oversee the cutting of

17    the lawn.

18         Q     Was Mr. Rizzo ever required to do

19    any cleaning for the family, while they were

20    in Florida?

21         A     No.

22         Q     What about any other housekeeping

23    duties?

24         A     No, we have housekeepers there.

25         Q     If a housekeeper was unable to be
```

46

```
 1                        G. Dubin

 2    there for a shift, was Mr. Rizzo asked to

 3    fill in?

 4         A    No.

 5         Q    Never?

 6         A    No.

 7         Q    Was he required to be a server

 8    during house parties?

 9         A    It is possible.

10         Q    It is possible or it happened?

11         A    I don't recall, but certainly that

12    would be, in my mind, within his job

13    responsibilities.

14         Q    Did Mr. Rizzo also interact with

15    tutors and coaches for your kids?

16              MR. SALINS:  Objection.

17         A    No.

18         Q    Was he required to find tutors and

19    coaches for your kids?

20         A    No.

21         Q    Was he required to schedule them?

22         A    He might have been, yes.

23         Q    He interacted with them to

24    schedule?

25         A    Yes.
```

48

1                          G. Dubin

2         A    Yes.

3         Q    It is something that would have

4    fallen within your understanding of his job

5    duties?

6                   MR. SALINS:  Objection.

7         A    It is something that -- no, it

8    wouldn't be specifically within the job

9    duties.

10        Q    Is it something that you could have

11   asked him to do as part of his job though?

12                  MR. SALINS:  Objection.

13        A    Possibly, but unlikely.

14        Q    Was he also required to assist in

15   preparations for travel, make sure that all

16   of the amenities that you required during

17   your travel were there?

18        A    Yes.

19        Q    Was he responsible for interacting

20   with the flight crew and staff to make sure

21   they were ready to go when you were ready to

22   go?

23        A    No, that was not his

24   responsibility.

25        Q    Whose responsible was that?

50

```
1                         G. Dubin

2        A    Yes.

3        Q    Did he also provide that type of

4   service in Colorado?

5        A    No.

6        Q    Was Mr. Rizzo ever required to

7   travel to Colorado with the family?

8        A    Yes.

9        Q    When he did, what were his duties?

10       A    To assist the ranch manager.

11       Q    When he was there, he reported

12  directly to the ranch manager?

13            MR. SALINS:  Objection.

14       A    I wouldn't refer to it as

15  reporting, he worked alongside of.

16       Q    Who gave him assignments while he

17  was in Colorado?

18       A    The ranch manager, my wife, or

19  myself.

20       Q    Do you know what types of duties

21  Mr. Rizzo was required to do in Colorado?

22       A    Yes, similar to what his

23  responsibilities would be in North Salem.  To

24  assist the family, to pick somebody up at the

25  airport if they flew in, to help out with
```

52

```
 1                        G. Dubin

 2              MR. SALINS:  Objection.

 3       A    Generally.

 4       Q    Did anyone else have the ability to

 5  give Mr. Rizzo assignments?

 6              MR. SALINS:  Objection.

 7       A    Yes.

 8       Q    Who else?

 9       A    My wife.

10       Q    And Miss Ames, right?

11       A    Yes.

12       Q    Aside from the New York City

13  apartment, Colorado and Florida, was there

14  any other location that Mr. Rizzo was

15  required to travel, as part of his

16  employment?

17       A    Not that I recall.

18       Q    What was your opinion of

19  Mr. Rizzo's work product during the time that

20  he worked as an estate manager for you?

21       A    It was subpar.

22       Q    From the beginning?

23       A    No, it got worse over time.

24       Q    What were the problems that you had

25  with Mr. Rizzo's work product?
```

79

1                              G. Dubin

2       that I believe you referenced earlier during

3       your testimony that described the duties of

4       the estate manager?

5              A       Yes, the two documents that you

6       just showed me, the employment agreement and

7       this document.

8              Q       Does this accurately reflect

9       Mr. Rizzo's job duties?

10             A       Yes.

11             Q       Do you know if he was ever asked to

12      do anything that's not on this list?

13                     MR. SALINS:   Objection.

14             A       It is quite possible that he would

15      have been asked to do something that's not

16      specifically on the list, yes.

17             Q       Do you know what he was asked to

18      do?

19                     MR. SALINS:   Objection.

20             A       No.

21             Q       Did you ever ask him to do anything

22      that's not on this list?

23                     MR. SALINS:   Objection.

24             A       I might have.

25                     MR. ROSE:   What is the