# EXHIBIT

# D



Rinaldo Rizzo
North Salem, NY 10560
Cell: 845-598-6661
chefrizzo@hotmail.com or mr.rizzo@live.com

## ATTRIBUTES:

- Sixteen years of private service experience, flexible and "hands on" with a genuine service heart.
- Background encompassing a degree in management from Texas A&M University with in-depth knowledge and skills in domestic household/estate management, driving, cleaning, cooking, childcare, estate finances, repair/vendor management, construction management, landscape oversight, wine cellar management, art collection management, private jet management, social event coordination and knowledge of smart home technology such as Crestron and Lutron systems.
- Trained in culinary & hospitality management at the Culinary Institute of America with five star, five diamond, hotel experience at "The Breakers Hotel" in Palm Beach, Florida.

**Nov. 2008 - Present**
**Position:** Estate-Household Manager/Private Chef living on the estate and traveling when needed between properties for private Manhattan family - Mr. & Mrs. Abrams.

- Primary duties are the managing of the daily operations, security, vendor management, landscaping management, and staffing of an 11,000 sq.ft. main house and 16,000 sq.ft. private library/art complex with a commercial grade geothermal heat and cooling system on 68 acres in North Salem, New York.

- Communicate and coordinate with family's executive assistant about appointments, construction projects, maintenance, managing cloud calendar, reviewing bills and organizing travel plans.

- Manage operation's budget spreadsheet and allocate expenses for food, maintenance, landscaping and minor construction projects with oversight from principle.

- Answer to accountant on matters of petty cash accounts, credit card accounts and large purchases.

- Oversight of all placement, storage and security for art collection in private art storage on property.

- Management of secondary 6,000 sq.ft. house on Hupper's Island in Maine. In charge of opening house for the season, stocking house, taking two boats in for maintenance, fueling and driving them to the island.

- Prepare or order meals in advance, which are left in refrigerator for family when in residence.

- Coordinate with family office for planning special meals for holidays and special events.

- Schedule house cleaning with housekeeper and scheduling nanny.

- Accountable for taking care of all personal errands, shopping, mail pickup and vet appointments.

Rizzo Confidential 6

### "SMART" HOUSE CRESTRON TECHNOLOGY EXPERIENCE

- Responsible for hands-on oversight of builders, architects and contractors and provided weekly progress reports for Mr. Abram's 16,000 sq. ft. private library/art complex construction with "SMART" HOUSE -CRESTRON TECHNOLOGY that was integrated with the security and the geothermal heating and cooling system for the property. The crestron system controlled the lighting, shades, audio system and heating & cooling system and was monitored via the estate computer system, so the HVAC Company could make adjustments to the geothermal system via the computer. All systems were installed in a separate basement control room with homework's panels with software and computer interface technology.

- Mr. Abram's main house on the same property, is an 11,000 sq. ft, "SMART" HOUSE WITH CRESTRON TECHNOLOGY to control his movie theater & library video and audio surround sound system. The lighting system is a "Lutron" control variable control touch pad/key system. "Crestron" reps installed their program on the estate's computer system to be able to walk me through adjustments or upgrades to the touch pad system via phone conversations with them.

### Oct. 2005 – Nov. 2008
**Position:** Domestic Couple. Lived on estate, traveled when needed between properties for private Manhattan family – Mr. & Mrs. Abrams.

- Primary duties included the managing of the daily operations, security, vendor management, landscaping management, flower arrangements, cooking and staffing of an 11,000 sq.ft. main house and 16,000 sq.ft. private library/art complex with a commercial grade geothermal heat and cooling system on 68 acres in North Salem, New York.

- Additional responsibilities included working with family's executive assistant, accountant, nanny and the managing of an apartment in Tribeca, secondary 6,000 sq.ft. house on Hupper's Island in Maine, seasonal rental in St. Bart and traveling with family and preparing all meals for family.

- Domestic couple position was downsized to a single position of estate-household manager.

### Feb. 2002 – Oct. 2005
**Position:** Domestic Couple. Lived on estate, traveled between properties for private Manhattan family - Mr. Dubin & Mrs. Anderson-Dubin

- Primary duties included the managing of the daily operations, security, vendor management, cooking and staffing of private estate in North Salem, New York.

- Additional responsibilities included working with family's two executive assistants, accountant, IT department, driver, nanny and pilots with subsequential responsibilities of residences in Manhattan, Palm Beach-Florida, Gunnison-Colorado and Sweden.

### Jan. 2000 – Feb. 2002
**Position:** Student at the Culinary Institute of America, Hyde Park, NY
Graduated with degree in Hospitality/Culinary Arts.

**Feb 2001 – June 2001**
**Position:** Intern at **The Breakers Hotel,** Palm Beach, Florida, 33480, 540 room, 64 suite, 140 acre, Five Star, Five Diamond Property – Executive Chef Simms – 561-659-8404

- Completed 20 week Culinary Internship rotation through high volume restaurants (Breakfast, Italian, Seafood Grill, Beach Club Spa, Steak House, Asian), banquets, butcher shop and garde manger facilities which allowed for hands on cooking, plating, presentation and coordination of non-culinary trained staff. Worked large volume corporate events and elaborate celebrity weddings.
- Returned to Culinary Institute of America to finish degree.

**Jan. 1995 – Dec. 1999**
**Position:** Live out Houseman for Private Houston, Texas family -Mr. & Mrs. Lozano

- Responsible for operations of 6,000 sq.ft. house on 40 acres in Waller, TX. Duties included cleaning, laundry, dog care, vet appointments and pet sitting, personal errands, paid bills, personal shopping, dropped off and picked up dry cleaning, car maintenance, supervised ranch maintenance, house sitting, organizing, cooking and serving meals.

- Graduated from Texas A&M University and was accepted at the Culinary Institute of America in Hyde Park, NY.

## EDUCATION:

- Texas A&M University, College Station, TX
    - BA, Business / Management / Minor in Business Law
- Culinary Institute of America, Hyde Park, NY
    - Degree in Hospitality /Culinary Arts,
- Air Care International Flight School
    - Flight School Management Certification for Private Jets
- Tri-State Driving School
    - Commercial driving license for limos & commercial vehicles
- Class A-CDL, Dallas, Texas

## SKILLS:

- **"Smart" House –Crestron & Lutron Technology**

    - Knowledgeable of integrated Crestron system with security and geothermal heating and cooling systems for estate properties.
    - Proficient with Crestron & Lutron system controls for lighting, automated shades, audio & video systems and heating & cooling systems and monitoring via estate computer system.
    - Knowledgeable of Crestron & Lutron system control room setup with homework's panels with software and computer interface technology. Able to reset toggle switches and troubleshoot why individual system controls might not be working.
    - Familiar with Crestron to control movie theater equipment, library video and audio surround sound system in addition to "Lutron" control variable touch pad/key systems.
    - Understanding of and able to troubleshoot and work through "Crestron" problems with reps via phone and knowledgeable of installation of Crestron program on estate's computer system to be able to have rep walk me through adjustments or upgrades to the touch pad system via phone conversations with them.

Rizzo Confidential 8

- Computer

    - Reset and Troubleshoot T1 data communication connection for high-speed Internet/Computer connection.
    - Troubleshoot minor Internet connection problems and reset computers, modems and routers.
    - Knowledge of command protocol for initiating and renewing IP addresses and configuration for sonic wall, wireless routers, voice and data phone systems.
    - Proficient in Microsoft XP, Word, Excel, Publisher, Outlook, PowerPoint and Internet Searches.

- **Maintenance Knowledge of the Following Vehicles, Boats & Equipment:**

    - Lamborghini 25th Anniversary Countach
    - Lamborghini Gallardo LP560
    - 1969 Pontica Judge GTO
    - H2 Hummer
    - Mercedes R350 Sedan
    - 650I BMW Convertible
    - 350I BMW Convertible
    - Chevy Silverado Truck
    - Toyota Tocoma 4X4
    - Snowmobiles
    - ATV's
    - Golf carts
    - 27 foot Sea Ray
    - 25 Foot Bayliner
    - Assortment of tractors, lawn equipment and snow plowing equipment

- **Indoor & Outdoor Pool Maintenance Knowledge**

    - Opening and closing procedures.
    - Weekly cleaning and maintenance knowledge.
    - Weekly water testing and adding of chemicals.
    - Sand Pool Filter and Cartridge Pool Filter cleaning, maintenance and knowledge.
    - Indoor Endless Pool current lap pool cleaning, maintenance and knowledge.

- **Steam Room/Sauna**

    - Knowledge of Steam Room/Sauna control settings and operations.
    - Maintenance of lava rocks and water refill levels.
    - Bi-yearly resealing of teak wood steam room/sauna benches.

- **Private Racquet Ball Court, Private Gymnasium/Basketball Court, Indoor Soccer/Outdoor Soccer Fields, Indoor & Outdoor Olympic Size Horse Riding Centers**

    - Knowledge of maintenance for facilities.
    - Scheduled sanding, resurfacing and sealing of racquetball court and gymnasium/basketball court.
    - Scheduling of replacement of turf and seeding for soccer fields.
    - Scheduling of tractor grading and rubber fill for horse riding centers.

- **HVAC**

    - Troubleshoot minor HVAC problems: can tell when blower motor is out, condenser needs to be replaced, when sight glass in low on refrigeration.
    - Schedule or self-clean HVAC air handler unit filters with chemical cleaner twice a year.
    - Replace HVAC air handler intake filters when dirty.

- **Clay Tennis Court Maintenance Knowledge**

    - Opening resurfacing and line installation for season.
    - Closing scraping and line removal for closing.
    - Daily watering schedule for optimal playing surface.
    - Weekly tennis court roller machine pressing and brushing for optimal playing surface.
    - Tennis court net installation, removal and storage.

- **Wine Cellar Management**

    - Knowledge of temperature and humidity controls for wine cellar.
    - Inventory labeling and wine region categories.
    - Aging, opening, decanting and breathing of wine for service.

- **Electrical**

    - Troubleshoot minor electrical and data problems.
    - Wire and install plugs, switches, lights fixtures, and ceiling fans.
    - Wire Cat5 and Cat6 data communication cables for Internet, cable and phone.

- **Plumbing**

    - Troubleshoot minor plumbing problems.
    - Fix or replace a toilet.
    - Fix or replace a faucet.
    - Install a dishwasher, garbage disposal, and refrigerator.
    - Install showerheads and fixtures.
    - Fix irrigation lines and sprinkler heads.

- **Backup Generator**

    - Bi –yearly maintenance.
    - Checking oil levels.
    - Knowledgeable of weekly exercise-cycle for generator.
    - Able to reset generator if necessary and communicate problems to service reps.

- **MIG Welding**

TRAVELS:

- New York, Florida, Texas, Hawaii, Colorado, Las Vegas, St. Barth, Sweden, Spain, China, Hong Kong.