# EXHIBIT I



Rinaldo Rizzo
P.O. Box 184
North Salem, NY 10560
Cell: 845-891-5087
mr.rizzo@live.com

**Dec. 2011 – Apr. 2013**

**Position:** Estate Manager for DF Land LLC

Full-time, high-end, multi-property management position with luxury properties in New York and Florida

- Responsible for financial reporting and oversight of 550k annual budget.
- Coordinated all aspects of staff and facility management for housing, indoor sports facility and indoor/outdoor horse riding facility.
- Managed guest relation and preparations for high profile guests and celebrities.
- Communicated weekly with ownership on financial issues and the physical condition and readiness of property.

**Nov. 2005 – Dec. 2011**

**Position:**   Estate Manager for Wishakan LLC

Full-time, high-end, multi-property management position with luxury properties in New York and Maine

- Responsible for financial reporting and oversight of 300k annual budget.
- Coordinated all aspects of staff and facility management which included facility management of library/art complex with art fault and commercial grade geothermal heat and cooling system.
- Managed guest relation and preparations for high profile guests, celebrities and private bus tours to property.
- Communicated weekly with ownership on financial issues and the physical condition and readiness of property.

**May 2002 – Nov. 2005**

**Position:** Estate Manager for DF Land LLC

- Full-time, high-end, multi-property management position with luxury properties in New York, Florida and Colorado

**EDUCATION:**

- Texas A&M University, College Station, TX
    - BA, Business Administration / Management / Minor – Business Law

**SKILLS:**

- Proficient in Microsoft XP, Word, Excel, Publisher, Outlook, PowerPoint and Internet Searches.
- Background in housing construction, plumbing and electrical

Rinaldo Rizzo
P.O. Box 184, Memorial Drive
North Salem, NY 10560
Cell: 845-891-5087
mr.rizzo@live.com

Professional Summary

- 11 years in North Salem, New York with a proven track record in all aspects of estate and household management.
- Detailed orientated manager experienced in working in a fast paced environment requiring the ability to multi-task and change directions quickly.
- Internship at the Five Star, Five Diamond Hotel, "The Breakers Hotel" in Palm Beach, Florida.
- Honest, reliable, relaxed manager with quick repoire building skills with established relationships with local vendors.

Relevant Experience

Estate Manager                                                                                   Dec. 2011 – Apr. 2013
DF Land LLC. subsidiary of JPMorgan Chase-Highbridge Capital Management

As estate manager of 300 acres in North Salem, New York, coordinated all aspects of staffing, facility and household management for property. Oversight of main and guest housing, indoor sports center facility, indoor & outdoor horse riding facility, indoor & outdoor tennis courts, swimming pool and private car collection. Managed guest relations and preparations for family, guests, corporate executives, dignitaries and celebrities. Worked directly with Manhattan based executive assistant in planning and coordinating family schedule. Communicated with ownership on new construction project and the physical condition and readiness of property. Organized procedures and flow of billing, preparation of payroll, flow of correspondence, requisition of supplies for managing $550,000 annual budget and reporting to senior accountant.

Estate Manager                                                                                   Nov. 2005 – Dec. 2011
Wishakan LLC. subsidiary of Abbeville Press Publishing

Responsible for estate management and environmental control management for 68 acres overlooking Titcus Reservoir in North Salem, New York, supervised staff and estate vendors in managing household, grounds and 9,000 sq.ft. private library art complex with art vault and commercial geothermal heat and cooling system controlled through crestron interface. Worked directly with executive assistant based in Manhattan and local staff in coordinating and accommodating the needs of the family while in residence. Managed preparation for visits from television celebrities and private bus tours to view property sculpture gardens. Initiated cost reductions measures with local utility company to reduce electrical consumption for significant cost savings. Oversight of $300,000 annual budget with reporting to comptroller

Estate Manager                                                                                   May 2002 – Nov. 2005
DF Land LLC. subsidiary of Highbridge Capital Management

Full-time, high-end, management positions of luxury 70-acre property in North Salem, New York. Assisted and facilitated communication with family office, executive assistance and staff in assuring property was in a state of readiness for family, guests, corporate executives, dignitaries and celebrities.

EDUCATION

- Texas A&M University, College Station, TX
  BA, Business Administration / Management / Minor – Business Law
- Culinary Institute of America, Hyde Park, NY
  BA, Hospitality/Culinary Arts/Management

SKILLS

- Proficient in Ipad, Iphone, Mac, Blackberry, Microsoft XP, Word, Excel, Publisher, Outlook, PowerPoint and Internet Searches.
- Background in housing construction, plumbing and electrical

Print

Before answering this question regarding criminal convictions, please refer to the instructions below if you are applying for a position in Alabama, California, Connecticut, Georgia, Indiana, Louisiana, Nebraska, Nevada, New York, North Carolina, Ohio, South Carolina, or Washington.

APPLICANTS IN THE CITY OF SAN FRANCISCO, CA; DELAWARE; THE DISTRICT OF COLUMBIA; HAWAII; ILLINOIS; THE CITY OF BALTIMORE, MD; MONTGOMERY COUNTY, MD; PRINCE GEORGE'S COUNTY, MD; MASSACHUSETTS; MINNESOTA; THE CITY OF COLUMBIA, MO; NEW JERSEY; THE CITY OF BUFFALO, NY; THE CITY OF ROCHESTER, NY; THE CITY OF PHILADELPHIA, PA; RHODE ISLAND; AND THE CITY OF SEATTLE, WA ARE INSTRUCTED NOT TO ANSWER THIS QUESTION.

Have you ever been convicted of, or pled guilty, no contest or nolo contendere to, a crime other than a minor traffic violation?   No
Do not disclose any convictions for which your record was sealed, expunged, annulled, impounded, set aside, pardoned, or otherwise eradicated.

Offense 1 Concatenated Data

Offense 2 Concatenated Data

Offense 3 Concatentated Data

### INSTRUCTIONS FOR ANSWERING CRIMINAL CONVICTION INQUIRY

<u>Alabama Applicants</u>: Do not disclose of any misdemeanor criminal offenses, violations, traffic violations, or municipal ordinance violations that have been successfully expunged thru the circuit court criminal division within the county in which the charges were originally filed.

<u>City of San Francisco, CA Applicants</u>: Inquiries into an applicant's criminal history are not permissible until after the first live interview or at the employer's discretion after a conditional offer of employment. Do not disclose of any participation in or completion of a diversion or deferral of judgment program, arrests that did not lead to conviction, convictions more than seven (7) years old, and any convictions that have been judicially dismissed, expunged, voided, invalidated, or otherwise considered inoperative under California Penal Code sections 1203.4, 1203.4a, or 1203.41.

<u>California Applicants</u>: Do not disclose any conviction for which the record has been judicially ordered sealed, expunged or statutorily eradicated; any misdemeanor conviction for which probation has been successfully completed or otherwise discharged and the case has been dismissed by a court; or any record regarding a referral to and participation in any pre-trial or post-trial diversion program. Also, do not disclose any marijuana-related convictions entered by a court more than 2 years ago that involve: unlawful possession of marijuana; transportation or giving away of up to 28.5 grams of marijuana, other than concentrated cannabis, or the offering to transport or give away up to 28.5 grams of marijuana, other than concentrated cannabis; possession of paraphernalia used to smoke marijuana; being in a place with knowledge that marijuana was being used; or being under the influence of marijuana.

<u>Connecticut Applicants</u>: Do not disclose any arrest, criminal charge or conviction the records of which have been erased by a court based on sections 46-b-146, 54-76o or 54-142a of the Connecticut General Statutes. Criminal records subject to erasure under these sections are records concerning a finding of delinquency or the fact that a child was a member of a family with service needs, an adjudication as a youthful offender, a criminal charge that has been dismissed or nolled (not prosecuted), a criminal charge for which the person was found not guilty, or a conviction for which the offender received an absolute pardon. Any person whose criminal records have been judicially erased under one or more of these sections is deemed to have never been arrested within the meaning of the law as it applies to the particular proceedings that have been erased, and may so swear under oath.

<u>Delaware Applicants</u>: Do not answer this question at this time. You may be asked about criminal convictions if a conditional offer is extended.

<u>District of Columbia Applicants</u>: Do not answer this question at this time. You may be asked about criminal convictions if a conditional offer is extended.

<u>Georgia Applicants</u>: Do not disclose any verdict or plea of guilty or nolo contendre that was discharged by the court under Georgia's First Offender Act.

<u>Hawaii Applicants</u>: Do not answer this question at this time. You will only have to answer this question if you receive a conditional offer of employment. At that time, you may be asked whether you have been convicted of a crime within the past ten (10) years, not including any period of incarceration.

<u>Illinois Applicants</u>: Do not answer this question at this time. You may be asked about criminal convictions if a conditional offer is extended. If an offer is extended, do not disclose of any sealed or expunged records of conviction or arrest.

<u>Indiana Applicants</u>: If you were convicted of a misdemeanor or Class D felony not resulting in injury to a person, and if those records were restricted by the sentencing court upon petition 8 years after completing a sentence or satisfying other court-imposed obligations, you may legally state that you have not been convicted of the misdemeanor or felony. Do not disclose any sealed or restricted criminal records.

<u>Louisiana Applicants</u>: Do not disclose of any arrests or convictions that have been successfully expunged. Per Louisiana state law, no person whose record of arrest or conviction has been expunged shall be required to disclose to any person that he or she was arrested or convicted of the subject offense, or that the record of the arrest or conviction has been expunged.

<u>City of Baltimore, MD Applicants</u>: Do not answer this question at this time. You may be asked about criminal convictions if a conditional offer has been extended.

<u>Montgomery County, MD Applicants</u>: Do not answer this question at this time. You may be asked about criminal convictions if a conditional offer is extended.

CONFIDENTIAL

Prince George's County, MD Applicants: Do not answer this question at this time. You may be asked about criminal convictions if a conditional offer is extended.

Massachusetts Applicants: Do not answer this question at this time. The Company reserves the right to inquire into criminal convictions during the interview process or as part of a criminal background check. At that time, you may be asked to disclose any felony convictions, and any information regarding a conviction or release from incarceration during the last five (5) years for a misdemeanor that is not a first offense for drunkenness, simple assault, speeding, a minor traffic violation, an affray, or disturbing the peace. You may answer "no record" with respect to any inquiry regarding any sealed record, record of prior arrests, court appearances and adjudication in all cases of delinquency or as a child in need of services which did not result in a complaint transferred to the superior court for criminal prosecution.

Minnesota Applicants: Do not answer this question at this time. You may be asked about criminal convictions after the first interview.

City of Columbia, MO Applicants: Do not answer this question at this time. You may be asked about criminal convictions at a later time if a conditional offer is extended to you.

Nebraska Applicants: Do not disclose any sealed juvenile record or sentence.

Nevada Applicants: The discharge and dismissal of certain first-time drug offenses, after the charged party has completed probation and any required treatment or education programs, does not constitute a conviction for purposes of employment. Do not disclose any such offenses.

New Jersey Applicants: Do not answer this question at this time. You may be asked about criminal convictions at a later time if a conditional offer is extended to you.

City of Buffalo, NY Applicants: Do not answer this question at this time. You may be asked about criminal convictions if a conditional offer is extended.

City of Rochester, NY Applicants: Do not answer this question at this time. You may be asked about criminal convictions if a conditional offer is extended.

New York Applicants: Do not disclose any arrest or criminal accusation that did not result in conviction and is not currently pending, a youthful offender adjudication, or any records that have been sealed.

North Carolina Applicants: Do not disclose of any arrests, criminal charges, or criminal convictions that have been expunged.

Ohio Applicants: Do not disclose convictions for minor misdemeanor drug violations (relating to 100 grams or less of marijuana or five grams or less of hashish) pursuant to Ohio Revised Code § 2925.11, or any records that have been sealed.

City of Philadelphia, PA Applicants: Do not answer this question at this time. You may be asked about criminal convictions after the first interview.

Rhode Island Applicants: Do not answer this question at this time. You may be asked about criminal convictions after the first interview.

South Carolina Applicants: Please be advised that if you are hired, the information you disclose on this application and the results of your background check may be made available to the South Carolina Bureau of Drug Control in the event of an inquiry or investigation.

City of Seattle, WA Applicants: Do not answer this question at this time. You may be asked about criminal convictions after the first interview.

Washington Applicants: Do not disclose any conviction unless the date of conviction or release from incarceration, whichever is more recent, occurred less than ten (10) years prior to the making this application.

Are you currently debarred, suspended or otherwise ineligible to participate in any Federal health care programs or in Federal procurement programs; or have you been convicted of a criminal offense that falls within the ambit of 42 U.S.C. Section 1320 a-7(a) but have not yet been excluded, debarred, suspended or otherwise    No

In the past three years, have you ever knowingly used narcotics, amphetamines or barbiturates, other than those prescribed to you by a physician?    No

If yes, please furnish the details.

Drug Diversion: Under Title 21, Section 1301.91 of the Code of Federal Regulations, Employee Responsibility to Report Drug Diversion, any employee who has knowledge of drug diversion from a CVS Caremark facility by a fellow employee has an obligation to report such information to the responsible CVS Caremark security official. CVS Caremark officials will treat such information as confidential and shall take all reasonable steps to protect the confidentiality and identity of the employee furnishing the information. A failure to report information of a drug diversion will be considered in determining the feasibility of continuing to allow an employee to work in a drug secured area.

I acknowledge that I understand the statement concerning Drug Diversion listed above.    Yes

All Applicants    No
Have you ever sold tobacco products to anyone underage?
Please note that a 'yes' response will not eliminate you from being considered for this position

CONFIDENTIAL

Notice to Massachusetts Applicants:    DEF_001282
It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall

be subject to criminal penalties and civil liability.

**Notice to Maryland Applicants:**
UNDER MARYLAND LAW, AN EMPLOYER MAY NOT REQUIRE OR DEMAND, AS A CONDITION OF EMPLOYMENT, PROSPECTIVE EMPLOYMENT, OR CONTINUED EMPLOYMENT, THAT AN INDIVIDUAL SUBMIT TO OR TAKE A LIE DETECTOR OR SIMILAR TEST. ANY EMPLOYER WHO VIOLATES THIS PROVISION IS GUILTY OF A MISDEMEANOR AND SUBJECT TO A FINE NOT EXCEEDING $100.

    Acknowledgement of Maryland Lie Detector Law (for MD applicants only):   N/A - Not a Maryland Applicant

**Notice to Rhode Island Applicants:**
The Company is subject to Chapters 29-38 of Title 28 of the General Laws of Rhode Island, and is therefore covered by the state's workers' compensation law.

**Notice to All Applicants:**
Smoking is prohibited in all indoor areas of CVS Caremark and within 50 feet of the entrance to any CVS Caremark facility.

**For All Applicants:**

I certify that I have answered all questions on this employment application truthfully, correctly and completely in accordance with the instructions contained in this application. I further certify that the information provided by me on my accompanying resume, if any, and any other information supplied by me during the application process is true, correct and complete to the best of my knowledge. I understand that any failure by me to provide true, correct and complete information in accordance with the instructions on this application, or in my accompanying resume, will be cause for the Company to refuse to hire me or, if hired, will be cause for dismissal.

I understand that, where permissible under applicable state and local law, I may be subject to a pre-employment drug test after receiving a conditional offer of employment, and must receive a negative result before being permitted to commence work with the Company. I understand that I may be subject to drug and alcohol screenings, to the extent permitted by law, during the course of my employment pursuant to the Company's drug and alcohol policy. A positive test result, the alteration or tampering with a test or its results, or my refusal to take the test may result in disciplinary action, up to and including termination of my employment.

I understand and agree that this Application is not an offer of or a contract for employment. I understand that the Application will remain active for 90 Days. After that time, if I desire further consideration by the Company, I will renew my Application in writing or in person. If hired, I understand and agree that I may resign my employment at any time, for any reason and that my employment may be terminated at the will of the Company at any time, for any reason. I further understand and agree that if hired, my wages, hours, working conditions, job assignments, benefits or other compensation will be subject to change at the Company's discretion. I also understand that any handouts, manuals, policies or procedures maintained by the Company are not contractual in nature and may be amended or abolished at the sole discretion of the Company at any time.

    To the above statement   I Agree

The Company is an Equal Opportunity Employer and does not discriminate against any applicant or employee on the basis of race, color, national origin, religion, gender, age, disability, or any other legally recognized protected status under applicable federal, state or local laws.

| Date added | 04-Aug-2013 | Submission, System |
|---|---|---|

CONFIDENTIAL                      DEF_001283

Print

**GENERAL INFORMATION:**

Legal First Name: Rinaldo

Legal Middle Name: Anthony

Legal Last Name: Rizzo

Suffix:

Permanent Mailing Address: P.O. Box 184

City: North Salem

State: New York

Zip: 10560

Country: United States

Current Address From Date

Home Phone Number (###-###-####): 845-891-5087

Work or Cell Phone (###-###-####):

Email Address:

Please identify your age range, as there are minimum age requirements for different facilities. 18 or older

If hired, can you provide proof that you are legally able to work in the United States. In compliance with federal law, all persons hired will be required to verify identity and eligibility to work in the United States and to complete the required employment eligibility document form upon hire. Yes

Have you lived anywhere else within the last seven (7) years?

**PAST ADDRESS INFO:**

List all residences (including school residences) in the past 7 years :

1. Past Address From Date

1. Past Address End Date

1. Past Address 1: 12 June Road

1. Past Address 2:

1. Past State: New York

1. Past City: North Salem

1. Past Zip: 10560

1. Past Country: United States

Have you lived anywhere else within the last seven (7) years?

CONFIDENTIAL

| | |
|---|---|
| 2. Past Address From Date | |
| 2. Past Address End Date | |
| 2. Past Address 1: | 195 Mills Road |
| 2. Past Address 2: | |
| 2. Past City: | North Salem |
| 2. Past State: | New York |
| 2. Past Zip: | 10560 |
| 2. Past Country: | United States |
| Have you lived anywhere else within the last seven (7) years? | |
| 3. Past Address From Date | |
| 3. Past Address End Date | |
| 3. Past Address 1: | 9 Turkey Hill Road |
| 3. Past Address 2: | |
| 3. Past City: | North Salem |
| 3. Past State: | New York |
| 3. Past Zip: | 10560 |
| 3. Past Country: | United States |

EDUCATION:

| | |
|---|---|
| Please identify your highest COMPLETED, VERIFIABLE, EARNED Degree | Bachelors Degree |
| Type of Education | |
| Was your education secured in the US or Abroad? | |
| School/Institution Name | Texas A&M University |
| Major | |
| Date Degree Received | |
| School/Institution Address | |
| School/Institution State | Texas |
| School/Institution City | College Station |
| School/Institution Zip | |
| School/Institution Country | United States |
| CONFIDENTIAL Education Start Date | |

DEF_001285

Education End Date

PROFESSIONAL CREDENTIAL INFORMATION

If applying for a position requiring professional clinical credentials, please list applicable information below. If you have more than 2 professional licenses please e-mail your recruiter. If you are a Medical Doctor, please list your current medical license as well as your current board certification information. If you are not currently board certified, please notify your recruiter.

Professional Credential #1

        1. Issued by:

        1. License Type

        1. License Number:

        1. License Name

        1. License Country

        1. State:

        1. Issue Date:

        1. Expiration Date:

Professional Credential #2

        2. Issued by:

        2. License Type

        2. License Number:

        2. License Name

        2. License Country

        2. State:

        2. Issue Date:

        2. Expiration Date:

License/Certification History

Have you ever had a professional license/certification revoked or suspended?

If yes, state reason(s), date of revocation or suspension and date of reinstatement.

Has there ever been prior disciplinary action taken on your credentials?

If yes, state reason(s) and date of incident.

WORK HISTORY:

Please start with your most recent position and include all positions held in the past 10 years (including military duty). You may include any work performed on a volunteer basis.

Are you currently employed?

CONFIDENTIAL

Company #1

| | |
|---|---|
| 1. Employer Name: | DF Land LLC |
| 1. Employer Address: | 9 Turkey Hill Road |
| 1. Employer City: | North Salem |
| 1. Employer State: | New York |
| 1. Employer Zip: | 10560 |
| 1. Job/Position Title: | Property Manager |
| 1. Employer Country: | United States |
| 1. Date Employment Began: | 16-Dec-2011 |
| 1. Date Employment Ended (do not complete if currently employed): | 05-Apr-2013 |
| 1. Current/Last Annual Salary - numerical values only (hourly rate x 2080 = annual salary): | 102,000.00 |
| 1. List Job Duties | Managing daily operations and supervision of budget, maintenance, security, vendor management, landscaping management, and staffing of 300 acre property in North Salem, New York. Additional oversight for Palm Beach, Florida water front estate. |
| 1. Name of Supervisor: | Vince Fauci |
| 1. May we contact them to verify employment? | Yes |
| 1. If yes, what is their current phone number: | |
| 1. If no, please state why: | |
| 1. Reason for leaving: | Layoff |

Company #2

| | |
|---|---|
| 2. Employer Name: | Wishakan |
| 2. Employer City: | North Salem |
| 2. Employer Address: | 195 Mills Road |
| 2. Employer State: | New York |
| 2. Employer Zip: | 10560 |
| 2. Employer Country: | United States |
| 2. Job/Position Title: | Property Manager |
| 2. Date Employment Began: | 01-Nov-2005 |
| 2. Date Employment Ended: | 16-Dec-2011 |
| 2. Last Annual Salary - numerical values only (hourly rate x 2080 = annual salary): | 65,000.00 |
| 2. List Job Duties | managing daily operations and supervision of budget, maintenance, security, vendor management, landscaping management, and staffing of private library/art complex with a commercial grade geothermal heat and cooling system on 68 acres in North Salem, New York. Additional oversight for island home in Rockland, Maine. |
| 2. Name of Supervisor: | Debra Quintero |

CONFIDENTIAL
DEF_001287

2. May we contact them to verify employment?  Yes

2. If yes, what is their current phone number:

2. If no, please state why:

2. Reason for leaving:  new position

Company #3

3. Employer Name:  DF Land LLC

3. Employer Address:  9 Turkey Hill Road

3. Employer City:  North Salem

3. Employer State:  New York

3. Employer Zip:  10560

3. Employer Country:  United States

3. Job/Position Title:  Property Manager

3. Date Employment Began:  01-Apr-2002

3. Date Employment Ended:  01-Nov-2005

3. Last Annual Salary - numerical values only (hourly rate x 2080 = annual salary):  65,000.00

3. List Job Duties   Managing daily operations and supervision of budget, maintenance, security, vendor management, landscaping management, and staffing of 78 acres in North Salem, New York.

3. Name of Supervisor:  Vince Fauci

3. May we contact them to verify employment?  Yes

3. If yes, what is their current phone number:  REDACTED

3. If no, please state why:

3. Reason for leaving:  New Position

OTHER INFORMATION:

Please list three additional professional references (names and phone numbers). If professional references are not available, please provide personal references who are not related to you.

1. Reference Name  Mary Beth Pavia

1. Reference Phone #  REDACTED

1. Reference City

1. Relationship to Reference

1. Reference Country

2. Reference Name  Paula Viola

2. Reference Phone #  REDACTED

CONFIDENTIAL    2. Reference City                                                             DEF_001288

2. Reference Country

2. Relationship to Reference

3. Reference Name   Melissa Grigone

3. Reference Phone #   REDACTED

3. Reference City

3. Reference Country

3. Relationship to Reference

I acknowledge the information provided is accurate and truthful.

Date added            04-Aug-2013                Submission, System

CONFIDENTIAL

DEF_001289

| Date | | | | Req # | Position | Name | Status | Source |
|---|---|---|---|---|---|---|---|---|
| 16-Aug-2013 | | | | 69252BR | Retail Store Manager - NY - Mahopac | Kazee, Kim | Doesn't Meet Min Qual | Applied - Pro |
| 04-Aug-2013 | | | | 69252BR | Retail Store Manager - NY - Mahopac | Manager, Automation | Applied - Pro | Applied - Pro |
| 04-Aug-2013 | | | | 69252BR | Retail Store Manager - NY - Mahopac | Submission, System | Applied - Pro | |

CONFIDENTIAL

DEF_001290

Outlook.com Print Message

Page 1 of 1

Print

Close

# Job Application Copy

From: **jobinfo@hyrell.com**
Sent: Fri 9/06/13 10:47 AM
To: mr.rizzo@live.com
 1 attachment
 RinaldoRizzo06Sep2013_10_46_50.pdf (25.7 KB)

Attached you will find a copy of your fully-completed job application for Director of Facilities -- The Edge Fitness Clubs -- All Locations at http://theedgefitnessclubs.hyrell.com.

Rizzo Confidential 2932

## Director of Facilities -- The Edge Fitness Clubs -- All Locations

### Personal Information

| | | | | | |
|---|---|---|---|---|---|
| First Name: | Rinaldo | Social Security Number | N/A |
| Last Name: | Rizzo | How did you find us? | Indeed |
| Street: | 15 Memorial Dr | Cell Phone: | (845) 891-5087 |
| City: | North Salem | Home Phone: | |
| State: | NY | Email: | mr.rizzo@live.com |
| Zip: | 10560 | | |

### Work References #1

| | | | |
|---|---|---|---|
| Name | Ann Quintero | Title | Wishakan LLC Corporate Chef |
| Phone | REDACTED | Email | REDACTED |

### Work References #2

| | | | |
|---|---|---|---|
| Name | Mary Beth Pavia | Title | CardioVascular Consulting Sales Consultant |
| Phone | REDACTED | Email | REDACTED |

### Work References #3

| | | | |
|---|---|---|---|
| Name | Paula Viola | Title | Wildes and Weinberg Attorney at Law Office Manager |
| Phone | REDACTED | Email | REDACTED |

### Hard Skills Qualifier

| Question | Answer |
|---|---|
| Are you legally permitted to work in the United States? | Yes |
| Have you ever been convicted of, pled guilty to, or pled no contest to any crime or misdemeanor? | No |
| Are you willing to undergo a formal background check in order to be hired and maintain this job? | Yes |
| Do you meet the necessary requirements for this position as described? | Yes |
| Are you at least 18 years of age or if not, can you provide proof of eligibility to work? | Yes |
| Do you take pride in a clean and professional appearance? | Yes |
| Do you have strong background and experience in teamwork? | Yes |

Rizzo Confidential 2933

**Soft Skills Qualifier**

| Question | Answer |
|---|---|
| Are you detail-oriented? | Yes |
| Do you consider yourself to be a patient person? | Yes |
| Are you team-oriented? | Yes |
| Do you consider yourself to be punctual? | Yes |
| Do you take pride in a clean and professional appearance? | Yes |
| Do you have effective verbal communication skills? | Yes |

**Virtual Interview**

| | |
|---|---|
| Question : | This position is located in Fairfield, CT. Regarding this location would this be a reasonable commuting distance for you on a daily basis? |
| Answer | Yes, I live in North Salem, New York and it is about a 30 minute commute |
| Question : | What is your highest level of education that you have attained? |
| Answer | B.A., Management, Texas A&M University, College Station, TX. - 1999 |
| Question : | What was your previous or current Facilities Manager role? |
| Answer | DF Land Holdings LLC. - Luxury Property - Estate Manager 2011 to April 2013 Private corporate retreat in North Salem, New York operated by DF Land Holding Company. Sister company of Highbridge Capital Management and J.P. Morgan Chase. Corporate office – Manhattan, NY. Responsible for complete oversight and direction of employees and vendors for seasonal upkeep, maintenance and guest preparation. Accountable for impeccable upkeep, operations and walk through of private 300 acre property including main house, guest cottages, private gym, sauna, indoor & outdoor swimming pool, indoor and outdoor tennis court facilities, indoor and outdoor regulation soccer field, indoor regulations size basketball court, indoor and outdoor horse riding facilities, private lake with dock and wine cellar. Wishakan Holdings LLC. - Luxury Property - Estate Manager 2005 – 2011 Private corporate retreat in North Salem, New York operated by Abbeville Publishing Group. Corporate office – Manhattan, NY. Responsible for complete oversight and direction of employees and vendors for seasonal upkeep, maintenance and guest preparation. Accountable for impeccable upkeep, operations and walk through of private 68 acre property including 12,000 sq. foot main house, private art museum, private gym, indoor swimming pool, sauna, racquet ball court, outdoor swimming pool, tennis court and wine cellar. |
| Question : | What kind of organization did you perform as a Facilities Manager? |
| Answer | Reviewed budget, organized billing and summited to accounting for payment, scheduling of vendor calendar for daily, monthly and yearly maintenance appointments, meetings and functions on property. Creation of manuals, job descriptions and standards for property. Hiring and oversight of vendors and contractors. |
| Question : | What is the bulk of your prior experience? |
| Answer | Facility/Property Management with the utmost important to detail and customer service. |
| Question : | In your current or most recent position, how important was it that you manage the work of a cleaning company/janitorial service tasked with keeping an entire facility clean? |
| Answer | Cleaning company/janitorial services were of the utmost of importance because I was responsible not only for a luxury home, but also a 9,000 sq. foot private museum/library that housed priceless works of art and a vast rare book collection. The area had to be impeccably clean as it was computer monitored for moisture and temperature. Commercial museum quality sticky mates were placed at all entrances to remove dirt particles from anyone entering the building. Cleaning was checked weekly after each janitorial service was performed. |

| | |
|---|---|
| Question: | What is your experience that you have regarding to your creation of a facilities "plan of action" for your direct reports, suppliers and vendors to follow? |
| Answer | I have created manuals, job descriptions and standards for the property as well as giving vendors a check off list for them to follow and what is expected. |
| Question: | What is your experience regarding to your understanding of plumbing-related issues? |
| Answer | My father-in-law was a licensed builder in Texas. He was also a licensed master plumber and licensed electrician. I worked for my father-in-law during college in his construction business. I have installed toilets, sinks, faucets, replaced the internal flush value in toilets, replaced and installed the wax bowl seal on toilets, installed shower heads and controls, plumbed sinks and installed gas lines. Tested gas lines and water lines prior to inspections. Familiar with using a snake to unclog drains. I also have the understanding in my positions with geothermal heating and cooling systems. I also have the working knowledge and understanding of well systems and irrigation. I have dealt with plumbing issues regularly in my current position |
| Question: | What is your experience regarding to your understanding of electrical-related issues? |
| Answer | My father-in-law was a licensed builder in Texas. He was also a licensed master plumber and licensed electrician. I worked for my father-in-law during college in his construction business. I have installed wiring, plugs and switches and I know my way around an electrical panel. I have installed light fixtures and can trace out electrical problems. I have installed both cat5 and cat6 wiring for data and cable. Working knowledge of Lurton and Questron lighting systems with computer control interface. |
| Question: | What is your experience regarding to your understanding of cleaning and janitorial-related issues? |
| Answer | Cleaning standards in my positions were set by private art curators thus cleaning company/janitorial services were of the utmost of importance. Areas had to be impeccably clean as HVAC was computer monitored. Cleaning was checked weekly after each janitorial service was performed. |
| Question: | What is your ability to negotiate contracts with vendors/suppliers? |
| Answer | In my positions, I have been required to get at least three bids when buying in bulk or contracting services from vendors and for construction project. I review all bid contracts for detail and pricing. I talk one on one with all vendors/suppliers/contractor and make sure they have a firm understanding of what they are being contracted for and the price ceiling which is not to be exceeded. After personal review, contracts were summited to corporate office for approval. Corporate seldom approved first round of contracts. I discussed with corporate and got with contractors to see if they were serious with working with us and are willing to trim their cost for more competitive bids. |
| Question: | Does your management or supervisory experience include? How many employees reported directly to you? |
| Answer | Responsible for complete oversight and direction of employees and vendors for seasonal upkeep, maintenance and guest preparation. Accountable for impeccable upkeep, operations and walk through of entire property. Permanent staff reported directly to me which includes 2 housekeepers, nanny and a chef. All vendors report directly to me. Landscaping consists of 3 contractors with as many as 17 workers performing tasks on the property at any given time. Vendors reporting includes landscape, security, pool cleaning, tennis court maintenance, weekly cleaning services, hvac service and construction vendors. In addition, I have worked with Gym Source in purchasing new equipment for private gyms and scheduling appointment for repair and mainintenance |
| Question: | What would you rate your verbal communication skills? |
| Answer | I strive to be as clear and concise as possible. I rate my verbal communication skills a 9 out of 10 |
| Question: | When others are asked about the quality of your written communications, including emails, memos and letters, they would describe it as? |
| Answer | Organized and gives a complete picture. |
| Question: | This position will require some technical skills, such as Microsoft Office (Word and Excel), and a general understanding/comfort using computers, and researching the Internet. How would you rate yourself regarding this? |
| Answer | 9 of 10. Knowledgeable in Microsoft Windows, Word, Excel, Publisher, Outlook, PowerPoint, Mac OS, basic web design and Internet Searches. |
| Question: | What would you say your organizational style is? |
| Answer | Perfectionist who seeks excellent performance in every activity, sets reasonable high standards for self and others. |
| Question: | In your current or most recent position my ANNUAL BASE salary is? |
| Answer | $102,000.00 |

Rizzo Confidential 2935

| | |
|---|---|
| **Question:** | Your realistic ANNUAL BASE salary expectation for my next role is? |
| **Answer** | around 50% less than what I am making as private service salaries tend to be higher paying because of the longer hours and the extreme flexibility to work holidays and weekends regularly. |
| **Question:** | Your work eligibility status is? |
| **Answer** | Eligible - US citizen |
| **Question:** | What excites you most about this opportunity, and what skills and experience do you have that will make you successful in this role? |
| **Answer** | I have previous work experience working at Gold's Gym and Galveston Health Club in Texas and I enjoyed the daily interaction of working and meeting so many different people that came into the facilities. In addition, my experience has been with dealing with the ultra rich thus, I am very customer service ordinated individual who is self-motivated, hardworking and courteous with a keen eye for detail. I understand it takes a team management style to be successful. In addition, I have worked with Gym Source in purchasing new equipment for private gyms and scheduling appointment for repair and maintenance. |
| **Question:** | What role do you believe facilities management plays in overall customer satisfaction for an organization like The Edge Fitness Clubs? In a facilities role, have you gone above and beyond the call of duty? If so, how? |
| **Answer** | Facilities management is very important to a customers overall satisfaction for an organization like The Edge Fitness Club. Customers notice everything. Is the he front door covered in figure prints, is the front check in area clean and organized, is the locker room kept clean and sanitized with neatly folded towels. Cleanliness, maintenance and organization is key for successful repeat customers. My positions have required me to always be one step ahead of the owners and guests and the little things make a different. I had 15 guest staying in the main house and the air conditioning stopped working. It was late in the evening after 6:00 p.m. Since I have a very good working relationship with the HVAC vendor they came out immediately. The repair took several hours and knowing that it would, I went out and purchased fans for all the guest rooms. I stayed to the repair was finished and I had the chef prepare the service techs dinner for working so late to complete the repair. |
| **Question:** | I confirm that my anwsers to questions in this online interview are complete and accurate and that The Edge Fitness Clubs may rely on my answers. I understand that in the event I am a finalist or extended an offer of employment, The Edge Fitness Clubs will verify the accuracy of the answers I have provided here. |
| **Answer** | Yes |

**Resume**

Mr. Rinaldo A. Rizzo
15 Memorial Dr.
North Salem, NY 10560
Cell: 845-891-5087
Email: mr.rizzo@live.com

Profile:

Customer service ordinated individual who is self-motivated, hardworking and courteous with a keen eye for detail, exceptional interpersonal skills and a collective management approach.

Previous Gym Customer Service/Daily Maintenance:
• Worked 3 years as front desk associate/maintenance at the Gold's Gym in Galveston, Texas. Utilized interpersonal & communication daily helping customers check in, make tanning, aerobics and trainer appointments. Received and stocked new inventory shipments of gym clothing and health supplements. Responsible for reporting gym equipment and building problems to director, vacuuming, wiping down equipment and facility prep for opening or closings.

• Worked 2 years as front desk associate/maintenance at Galveston Health Club in Galveston, Texas. Assisted in customers check in, scheduling tanning, aerobics and trainer appointments and membership renewal. Responsible for overseeing maintenance, cleaning and wipe down of gym area facilities. Oversaw and assisted in organizing, stocking, vacuuming and cleaning up for evening close or opening of facility.
Work Experience:

DF Land Holdings LLC. - Luxury Property - Estate Manager 2011 to April 2013

Private corporate retreat in North Salem, New York operated by DF Land Holding Company. Sister company of Highbridge Capital Management and J.P. Morgan Chase. Corporate office – Manhattan, NY. Responsible for complete oversight and direction of employees and vendors for seasonal upkeep, maintenance and guest preparation. Accountable for impeccable upkeep, operations and walk through of private 300 acre property including main house, guest cottages, private gym, sauna, indoor & outdoor swimming pool, indoor and outdoor tennis court facilities, indoor and outdoor regulation soccer field, indoor regulations size basketball court, indoor and outdoor horse riding facilities, private lake with

dock and wine cellar.

Wishakan LLC. – Luxury Property - Estate Manager 2005 – 2011

Private corporate retreat in North Salem, New York operated by Abbeville Publishing Group. Corporate office – Manhattan, NY. Responsible for complete oversight and direction of employees and vendors for seasonal upkeep, maintenance and guest preparation. Accountable for impeccable upkeep, operations and walk through of private 68 acre property including 12,000 sq. foot main house, private art museum, private gym, indoor swimming pool, sauna, racquet ball court, outdoor swimming pool, and tennis court.

Education:

• B.A., Management, Texas A&M University, College Station, TX. - 1999

Skills:

• Knowledgeable in Microsoft Windows, Word, Excel, Publisher, Outlook, PowerPoint, Mac OS, basic web design and Internet Searc

Rizzo Confidential 2937