# EXHIBIT

# J

1   UNITED STATES DISTRICT COURT

2   SOUTHERN DISTRICT OF NEW YORK
    -------------------------------------------X
3   RINALDO RIZZO,

4                        Plaintiff,

5      -against-

6   DF LAND LLC, GLENN DUBIN, Individually, EVA
    DUBIN, Individually, and BRENDA AMES,
7   Individually,

8                        Defendants.

9   Index No.: 13-CIV-8664
    -------------------------------------------X
10

11                        1633 Broadway
                          New York, New York
12
                          July 8, 2015
13                        9:39 a.m.

14

15          DEPOSITION of RINALDO RIZZO, taken

16   pursuant to Notice, before Sadie L. Herbert,

17   a RPR and Notary Public of the State of New

18   York.

19

20

21

22

23        ELLEN GRAUER COURT REPORTING CO. LLC
             126 East 56th Street, Fifth Floor
24              New York, New York  10022
                     212-750-6434
25                   REF:  110252

```
1                        RIZZO
2              Did you meet with your lawyer to
3     prepare specifically for this deposition?
4         A    A phone conversation.
5         Q    Okay.  When was the conversation?
6     Again, I don't want to know the contents.
7         A    Last night.
8         Q    How long was it?
9         A    I don't recall.
10        Q    Okay.  Did you meet with any current or
11    former DF Land employees to prepare for this
12    deposition?
13        A    No, I did not.
14        Q    Did you review documents to prepare for
15    this deposition?
16        A    Yes, I did.
17        Q    And what document did you review?
18        A    The complaints.
19        Q    Just the complaint?
20        A    Yes.
21        Q    Have you asked any current or former DF
22    Land employees to be a witness on your behalf in
23    this case?
24        A    No, I haven't.
25        Q    Have you asked any current or former DF
```

```
 1                    RIZZO
 2      A    I do not recall.
 3      Q    So it says here, if you look at it,
 4  December 2011 to April 2013?
 5      A    Yes.
 6      Q    So this is after your termination?
 7      A    Correct.
 8      Q    And if you'll look at -- strike that.
 9           Did you prepare this document, did you
10  write it?
11      A    To the best of my knowledge, yes.
12      Q    So let's look at the first section,
13  which is under the heading "Estate Manager for
14  DF Land LLC."
15      A    Yes.
16      Q    And it says here that you were
17  responsible for financial reporting and
18  oversight of a $550,000 annual budget; is that
19  accurate?
20      A    To the best of my knowledge.
21      Q    And it says that you coordinated all
22  aspects of staff and facility management for
23  housing, indoor sports facility and
24  indoor/outdoor horse riding facility; is that
25  accurate?
```

```
 1                    RIZZO
 2       A    Yes.
 3       Q    It says managed, "Guest relations and
 4  preparations for high profile guests and
 5  celebrities."  Is that accurate?
 6       A    Yes.
 7       Q    And it says, "Communicated weekly with
 8  ownership on financial issues and the physical
 9  condition and readiness of the property."  Is
10  that accurate?
11       A    Yes.
12       Q    Is there anything in here about
13  cleaning or cooking?
14       A    On this piece of paper, no, there is
15  not.
16       Q    Was it important to you to tell
17  potential employers and give an accurate
18  description of exactly what you were doing at
19  your previous employment?
20       A    Again, yes.
21                 (Defendant's Exhibit 31,
22                 Application, Bates Stamped Rizzo
23                 Confidential 2550 - 2551, was
24                 marked for identification.)
25       Q    So this is Exhibit 31.  My first
```

```
 1                    RIZZO
 2   question is:  Is this your handwriting on the
 3   first page of the exhibit?
 4       A    Yes, it is.  I believe so.
 5       Q    Okay.  And the date on the top here is
 6   May 20th, 2013; right?
 7       A    That's correct.
 8       Q    So you submitted this application here
 9   six weeks after your discharge; right,
10   approximately six weeks?
11       A    To the best of my knowledge, yes.
12       Q    So turn the page to 2551 under
13   "Relevant Experience."  It says here, "As estate
14   manager of 300 acres in North Salem, New York,
15   coordinated all aspects of staff and facility
16   and household management for property."  Is that
17   accurate?
18       A    Yes.
19       Q    You say, "Oversight of main and guest
20   housing, indoor sports center facility, indoor
21   and outdoor horse riding, indoor and outdoor
22   tennis court, swimming pool and private car
23   collection."  Is that accurate?
24       A    Yes.
25       Q    Is there anything inaccurate in your
```

```
 1                        RIZZO

 2    description of your experience at DF Land from

 3    December of 2011 to April of 2013?

 4         A    Not to my knowledge, no.

 5         Q    So go down, if you'll look at the

 6    estate manager description from May 2002 to

 7    November 2005, it says it was a 70-acre

 8    property, and then from 2011 to 2013, it was a

 9    300-acre property?

10         A    Yes.

11         Q    Right?

12         A    Yes.

13         Q    So did the Dubin's acquire 230 more

14    acres?

15         A    Yes, they did.  To my knowledge, they

16    did, yes.

17         Q    Mm-hmm.  And did that create more

18    responsibilities for you as far as managing the

19    property?

20         A    Yes, it did.

21         Q    Were there more facilities that were on

22    the property in your second period as opposed to

23    your first period?

24         A    Yes, there were.

25         Q    And what were those facilities?
```