UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

-------------------------------------------------- X

RINALDO RIZZO,                                    :
                                                  :
                              Plaintiff,          :        Case No.  13-cv-8664 (AKH)
                                                  :
              - against -                         :
                                                  :
DF LAND LLC, GLENN DUBIN, *Individually*,         :
EVA DUBIN, *Individually*, and BRENDA             :
AMES, *Individually*.                             :
                                                  :
                              Defendants.         :
                                                  :
-------------------------------------------------- X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned

counsel for the parties, that the above-entitled action shall be and hereby is dismissed, with

prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), each party to bear their own costs.

| | |
|---|---|
| Phillips and Associates,<br>Attorneys at Law, PLLC | Davis Wright Tremaine LLP |
| By:___/s/Jesse C. Rose_____<br>      Jesse C. Rose<br>45 Broadway, Suite 620<br>New York, New York 10006<br>(212) 248-7431<br>Attorneys for Plaintiff | By:___/s/Roy P. Salins_____<br>      Roy P. Salins<br>1251 Avenue of the Americas, 21st Floor<br>New York, New York 10020<br>(212) 489-8230<br>Attorneys for Defendants |

SO ORDERED:

_____
  U.S.D.J.